# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

June 17, 2013

By E-mail Attachment and Hand Delivery

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, New York 10007

Daniel S. Ruzumna
Partner
(212) 336-2034
Direct Fax (212) 336-1205
druzumna@pbwt.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 8 2013

Re:   In re 650 Fifth Avenue and Related Properties,
      08 Civ. 10934 (KBF)

Dear Judge Forrest:

      We respectfully submit this letter on behalf of the Alavi Foundation to request an extension of the page limits for a memorandum of law that the Foundation intends to submit in support of a motion to suppress evidence that the Government seized from the Foundation's offices on December 19, 2008. The Foundation's motion asserts multiple grounds for suppression of various categories of evidence, and the memorandum will also address, as it must, all relevant legal doctrines and authority. Because these issues are analytically complex and require close reading of the Government's extensive warrant application, we respectfully request a 15-page extension to present them properly and comprehensively. The Government consents to this request.

Respectfully submitted,

/s/ Daniel S. Ruzumna
Daniel S. Ruzumna

cc:   All Counsel of Record

*Ordered*
Application granted.

6/18/13   K— B. Fo—
          USDJ

6309954v.1