UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>650 Fifth Avenue and Related Properties,<br><br><br>KIRSCHENBAUM, et al.,<br>Plaintiffs,<br>v.<br>650 FIFTH AVENUE COMPANY, ALAVI<br>FOUNDATION, ASSA CORPORATION, ASSA<br>COMPANY LIMITED,<br>Defendants,<br><br>And Consolidated Actions | 08-cv-10934(LAP)<br><br><br><br>08-cv-10934 (LAP)<br>09-cv-00165 (LAP)<br>09-cv-00166 (LAP)<br>09-cv-553 (LAP)<br>09-cv-564 (LAP)<br>10-cv-1627 (LAP)<br>10-cv-2464 (LAP)<br>11-cv-3761 (LAP)<br>12-mc-19 (LAP)<br>12-mc-20 (LAP)<br>12-mc-21 (LAP)<br>12-mc-22 (LAP)<br>13-mc-71 (LAP)<br>13-cv-1825 (LAP)<br>13-cv-1848 (LAP) |

## ORDER FOR IN CAMERA REVIEW OF PROPOSED ORDER ESTABLISHING TRUSTEE AND THIRD-PARTY PAYMENT PROTOCOLS

Upon the application of Sylvius von Saucken, as Trustee of the 650 Fifth Settlement Trust, and for good cause shown, it is hereby:

ORDERED that the Proposed Order Establishing Trustee and Third-Party Payment Protocols, together with the supporting invoice and any related materials, shall be submitted to the Court for in camera review; and it is further

ORDERED that such materials shall not be filed on the public docket or disclosed to any party or person other than the Court, unless and until the Court so directs; and it is further

ORDERED that, following its *in camera* review, the Court will determine whether, and to what extent, the Proposed Order and supporting materials may be filed publicly or disclosed to the parties.

IT IS SO ORDERED.

Dated: February 24, 2026

_____
LORETTA A. PRESKA
United States District Judge